LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-9139
Email: lat@gslaw.org

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,<br><br>    Plaintiffs,<br><br>        v.<br><br>INDEPENDENT AIR GROUP, INC.; RICHARD DON JUAN AGUILERA; CONNIE GASTELUM AGUILERA, individuals,<br><br>    Defendants. | Case No. 12-cv-4544-MMM (MANx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

1. Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan; Sheet Metal Workers' International Association, Local Union 105 Dues Check Off and Deferred Savings Fund; and Board of Trustees of the Sheet Metal Industry Fund of Orange Empire (collectively, the "Plans" or the "Trust Funds"), and defendants, Richard Don Juan Aguilera and Connie Gastelum Aguilera (collectively "Individual Defendants") and Independent Air Group, Inc. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and the Individual Defendants are indebted to the Plans in the total amount of $79,849.14 broken down as follows: contributions in the amount of $8,415.93 for the work month of February 2012; contributions pursuant to an audit in the amount of $14,913.77 for the audit period work months of September 2005 through December 2009; $2,982.75 in liquidated damages accrued pursuant to the audit discrepancy; $43,703.72 in late filing fees ($11,045.77) and accrued liquidated damages ($32,657.95) for all delinquent work months through February 2012; interest in the amount of $2,332.97, and attorney's fees in the amount of $7,500.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $79,849.14 for delinquent employee benefit plan contributions pursuant to an audit, liquidated

damages accrued pursuant to the audit discrepancy, late filing fees and accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through July 31, 2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: _____June 13, 2012_____   _____Margaret M. Morrow_____
Hon.