LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
GILBERT & SACKMAN
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,<br><br>    Plaintiffs, | Case No. 2:12-cv-04544-MMM-MAN<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

v.

INDEPENDENT AIR GROUP, INC.;
RICHARD DON JUAN AGUILERA;
CONNIE GASTELUM AGUILERA,
individuals,

　　　Defendants.

　　　Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

　　　The judgment to and against Independent Air Group, Inc., Richard Don Juan Aguilera and Connie Gastelum Aguilera, jointly and severally, the Order for Stipulation of Judgment entered on June 13, 2012 is hereby renewed in the amounts set forth below:

　　　Renewal of money judgment:

　　　a.　Total judgment: $79,849.14
　　　b.　Costs after judgment: $0.00
　　　c.　Attorneys fees: $0.00
　　　d.　Subtotal (add a, b, and c): $79,849.14
　　　e.　Credits after judgment: $23,329.70
　　　f.　Subtotal (subtract e from d): $56,519.44
　　　g.　Interest after judgment: $55,791.66 (This amount was calculated to reflect the 12% post-Judgment interest rate pursuant to the original Judgment entered June 13, 2012).
　　　h.　Fee for filing renewal application: $0.00
　　　i.　Total renewed judgment (add f, g, and h): $112,311.10

Dated: 5/18/2022　　　　　　　　By Clerk of Court: _____, Deputy Clerk
　　　　　　　　　　　　　　　　Kiry K. Gray